IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BILBREY,

      Plaintiff,                    No. CIV S-10-0896 EFB P

      vs.

ARAMARK, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff is confined in a county jail and is proceeding without counsel in an action brought under 42 U.S.C. §1983.

      To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

      Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.

      Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

////

////

1 | to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with
2 | this order will result in a recommendation that this action be dismissed.
3 |     So ordered.
4 | DATED: April 21, 2010.
5 |                 EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE